# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 1006

VERSUS

RODERICK WELLS                                    **NOVEMBER 19, 2020**

---

In Re:     Roderick Wells, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-12-0703.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the court's ruling, the State's answer, if any, the bill of information, the **Boykin** transcript, the relevant criminal court minutes, and any other pertinent documents from the district court record that may support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. If relator elects to file a new application with this court, the application shall be filed on or before January 28, 2021 without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
       FOR THE COURT